NIGHT BOX
FILED

FEB 23 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-00709
CIV-MOORE

MAGISTRATE JUDGE
O'SULLIVAN

ANSWERTHINK CONSULTING
GROUP, INC., a Florida corporation,

Plaintiff,

v.

JOHN DOE #1, aka "ansr_sucks,"
JOHN DOE #2, aka "bobkaus_daddy,"
JOHN DOE #3, aka "aquacool_2000," and
JOHN DOES #4-12, individuals whose
names are presently unknown,

Defendants.
_____/

## COMPLAINT FOR INJUNCTIVE RELIEF AND DAMAGES

Plaintiff, ANSWERTHINK CONSULTING GROUP, INC. ("AnswerThink"), by and through its undersigned counsel, hereby sues Defendants, JOHN DOES #1-12, in this action for injunctive relief and damages and states:

### INTRODUCTION

1.  This is an action for injunctive relief and damages arising out of the posting of false and defamatory statements and/or confidential information on an internet "message board" by or with the assistance or participation of Defendants.

### JURISDICTION AND VENUE

2.  This Court has jurisdiction over this matter, pursuant to 28 U.S.C. § 1332, because this is an action for money damages between citizens of different States, in which the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

3. Venue is properly laid in the United States District Court for the Southern District of Florida, pursuant to 28 U.S.C. § 1391, because a substantial part of the events giving rise to the claims alleged by AnswerThink occurred in this district or because one or more Defendants are subject to personal jurisdiction in this district and there is no other district in which the action may otherwise be brought.

4. Defendants are subject to personal jurisdiction in Florida and this district because they have: (a) engaged in substantial and not isolated activities in Florida and this district; (b) committed tortious acts within Florida and this district; and/or (c) caused injury to persons located in Florida and this district, while at the same time they engaged in solicitation and or service activities within Florida and this district.

## PARTIES

5. AnswerThink is a Florida corporation with its principal place of business in Miami, Florida.

6. The true name of Defendant JOHN DOE #1, aka "ansr_sucks," is unknown to AnswerThink, who therefore sues this Defendant under such fictitious name. AnswerThink is informed and believes, and on such information and belief alleges, that the Defendant JOHN DOE #1 is a resident of Somerset, New Jersey, and a citizen of New Jersey. AnswerThink will ask leave of court to amend this Complaint and insert Defendant JOHN DOE #1's true name in place of the fictitious name when the same has become known to AnswerThink.

7. The true name of Defendant JOHN DOE #2, aka "bobkaus_daddy," is unknown to AnswerThink, who therefore sues this Defendant under such fictitious name. AnswerThink is informed and believes, and on such information and belief alleges, that the Defendant JOHN DOE

2

#2 is a resident of Wilmington, Delaware, and a citizen of Delaware. AnswerThink will ask leave of court to amend this Complaint and insert Defendant JOHN DOE #2's true name in place of the fictitious name when the same has become known to AnswerThink

8. The true name of Defendant JOHN DOE #3, aka "aquacool_2000," is unknown to AnswerThink, who therefore sues this Defendant under such fictitious name. AnswerThink will ask leave of court to amend this Complaint and insert Defendant JOHN DOE #3's true name in place of the fictitious name when the same has become known to AnswerThink.

9. The true names of Defendants JOHN DOES #4-12, are unknown to AnswerThink, who therefore sues said Defendants under such fictitious names. AnswerThink is informed and believes, and on such information and belief alleges, that each of Defendants JOHN DOES #3-10 published false and defamatory statements concerning AnswerThink and/or disseminated confidential information belonging to AnswerThink on a Yahoo! Message Board and/or other Internet sites or assisted or participated in the doing of the same by other Defendants. AnswerThink will ask leave of court to amend this Complaint and insert their true names in place of their fictitious names when the same have become known to AnswerThink.

## COMMON ALLEGATIONS

10. AnswerThink is a publicly-traded consulting firm which provides its clients with, *inter alia*, advice and services relating to computers and related technologies, the internet, electronic commerce, and other business-related matters, including what are commonly referred to within the relevant industry as "e-business solutions."

11. The Internet is the world's largest network of computer networks. It is a decentralized, global medium of communications that links people and business around the world,

3

LAW OFFICES WALLACE, BAUMAN, LEGON, FODIMAN, PONCE & SHANNON, P.A.
1200 BRICKELL AVENUE, SUITE 1720, MIAMI, FLORIDA 33131 • TEL. (305) 444-9991

allowing instantaneous sharing of information. In recent years, the commercial aspects of the Internet have mushroomed, with millions of individuals and commercial enterprises engaging in daily transactions and making financial and business decisions based upon information found on the Internet. Currently, several million computers in the United States alone are linked directly to the Internet, and more than 100 million users connect to the Internet worldwide. Countless users spend hours browsing the Internet each day, scouring different sites for information relevant to their business, financial and personal decisions.

12. The World Wide Web (the "Web") is the most popular way to provide and retrieve information on the Internet. Anyone with access to the Internet and proper software can post content on the Web, which may contain many different types of digital information – text, images, sound, and even video. The Web is comprised of millions of separate but interconnected "Web sites," which in turn may have hundreds of separate "Web pages" that display content provided by particular persons or organizations.

13. Yahoo! Inc. ("Yahoo!") is a global Internet media company, whose "Yahoo!" Web site (http://www.yahoo.com) is one of the top few destinations on the Web.

14. Among Yahoo!'s most popular offerings are its Message Boards (also known as bulletin boards), which are topical forums where users post messages that can be read by all others who access the Message Board. Each day, thousand and thousands of users frequent these message boards, sharing information, posting messages, reading messages of other users, and downloading and redistributing messages.

15. One of Yahoo!'s Message Boards is dedicated to topics concerning AnswerThink. AnswerThink has no affiliation with and exercises no control over, this Message Board, which is

4

located at the following Uniform Resource Locator ("URL") Internet address: http://messages.yahoo.com/?action=q&board=ansr.

16. Defendant JOHN DOE #1 has posted false and defamatory statements regarding AnswerThink and/or confidential information of AnswerThink on a Yahoo! Finance Message Board, using the alias "ansr_sucks." Examples of these postings are attached hereto as Exhibit A.

17. Defendant JOHN DOE #2 has posted false and defamatory statements regarding AnswerThink and/or confidential information of AnswerThink on a Yahoo! Finance Message Board, using the alias "bobkaus_daddy." Examples of these postings are attached hereto as Exhibit B.

18. Defendant JOHN DOE #3 has posted false and defamatory statements regarding AnswerThink and/or confidential information of AnswerThink on a Yahoo! Finance Message Board, using the alias "aquacool_2000." Examples of these postings are attached hereto as Exhibit C.

19. Since their posting, the false and defamatory statements regarding AnswerThink and the confidential information of AnswerThink published by Defendants have remained available to millions of Internet users, many of whom may have made copies of the false and defamatory statements or confidential information and/or redistributed them by electronic mail or other means, and AnswerThink has no means of removing these false and defamatory statements or confidential information from the Internet.

20. AnswerThink has retained the undersigned law firm to represent it in this matter and is obligated to pay a reasonable fee for all services rendered.

21. All conditions precedent to the maintenance of this action have been performed, discharged, waived, or otherwise satisfied.

## COUNT I - DEFAMATION

22. Paragraphs 1-21 are hereby re-alleged and incorporated herein by reference.

23. Defendants published false and defamatory statements about AnswerThink, including those contained in the postings to the Yahoo! Finance Message Board.

24. The false and defamatory statements published by Defendants regarding AnswerThink, as reasonably understood, impugn the integrity and competence of AnswerThink's management, discredit AnswerThink's business methods, undermine the confidence of the public and AnswerThink's clients in AnswerThink's business, and/or drive away the public and AnswerThink's clients from using AnswerThink's services.

25. In publishing the false and defamatory statements about AnswerThink, Defendants knew or, in the exercise of reasonable care, should have known that the statements were false.

26. In publishing the false and defamatory statements about AnswerThink, Defendants acted with actual malice, with knowledge that the statements were false, and/or with reckless disregard for their truth or falsity.

27. Since their posting, the false and defamatory statements published by Defendants regarding AnswerThink have remained available to millions of internet users, many of whom may have made copies of the false and defamatory statements and/or redistributed them by electronic mail or other means, and AnswerThink has no means of removing these false and defamatory statements from the internet.

28. As a result of the foregoing publication of defamatory statements by Defendants, AnswerThink has been damaged, including but not limited to damage to its reputation, loss of business, and/or negative impact on its share price.

29.     In carrying out the foregoing conduct, Defendant(s) acted willfully, maliciously, and/or with reckless indifference to the consequences of their actions and the rights of AnswerThink.

WHEREFORE, AnswerThink demands judgment against Defendant(s), jointly and severally, for money damages, punitive damages, pre- and post-judgment interest, attorneys' fees, litigation expenses, and costs.

### COUNT II - PRELIMINARY AND PERMANENT INJUNCTION

30.     Paragraphs 1-29 are hereby re-alleged and incorporated herein by reference.

31.     Upon information and belief, some or all of the improper, unfair, and unlawful conduct of Defendants alleged above is continuing and will continue in the future absent injunctive relief from the Court, and AnswerThink will continue to be damaged by same.

32.     In the absence of the entry of a preliminary and permanent injunction by the Court, AnswerThink will suffer irreparable harm and injury, including, but not limited to dissemination of its confidential information, damage to its reputation, loss of business, and/or negative impact on its share price.

33.     The entry of a preliminary and permanent injunction will not unduly harm or burden Defendants because they are required as a matter of law to refrain from disseminating confidential and/or defamatory information regarding AnswerThink.

34.     Public policy favors the entry of a preliminary and permanent injunction because, *inter alia*, such relief will prevent unfair competition and unlawful conduct, will preserve and promote the integrity of contracts, and will secure to lawful owners the benefits of their confidential, proprietary, and/or sensitive business information and/or trade secrets, thereby encouraging innovation, job creation, and economic prosperity.

7

WHEREFORE, AnswerThink demands the entry of a preliminary and permanent injunction preventing Defendants from disseminating (via the internet or any other means) any confidential information of AnswerThink or false and defamatory statement regarding AnswerThink and requiring Defendants to take all steps available and necessary to remove the false and defamatory statements and/or confidential information published by Defendants from the internet.

Respectfully submitted,

WALLACE, BAUMAN, LEGON,
FODIMAN, PONCE & SHANNON, P.A.
Attorneys for AnswerThink Consulting
　　　　Group, Inc.
1200 Brickell Avenue
Suite 1720
Miami, Florida 33131
Telephone:　(305) 444-9991
Telefax:　　(305) 444-9937

By: _____
S. DANIEL PONCE
Florida Bar No. 175437
TODD R. LEGON
Florida Bar No. 814415
DAVID M. KNASEL
Florida Bar No. 0132640

Dated: February 23, 2000

ATTACHMENT / EXHIBIT _____

# YAHOO! FINANCE

Finance Home - Yahoo!

**HealthQuick.com** NEVER, NEVER UNDERSOLD DRUGSTORE

**Get healthy** this millennium with...

1st order, up to $15, is free!

Top>Business & Finance>Investments>Sectors>Services>Business Services> **ANSR (AnswerThink Consulting)**

**Message Boards - ANSR**                                    Help - Add to My Yahoo! - Sign Out

Enter symbol:
symbol lookup _____ [ Get Msgs ]   More Info: Quote & News | Profile | Research | Insider

**< Previous | Next >**   [ First | Last | Msg List ]                                 **Reply**

**AnswerStink in deep trouble**                                                       2/14/00 8:01 pm
by: ansr_sucks (27/M/Somerset, NJ)                                                   Msg: 2048 of 2077

I got a news from a reliable source that there were lot of people from the e-commerce group leaving the company because of the company's performance. I think this is going to have a major impact in the company's ability to execute in Major projects......

---

Posted as a reply to: Msg 1 by YahooFinance
**View Replies to this Message**                              Go to Msg #: _____ [ Go ]

**< Previous | Next >**   [ First | Last | **Msg List** ]                             **Reply**

_____ [ Search ]

◉ All    ○ Subject    ○ Message Text    ○ Authors

Copyright © 1994-2000 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Guidelines - Help

ATTACHMENT / EXHIBIT A

ATTACHMENT / EXHIBIT B

02/22 2000 TUE 07:06 FAX 305 0000
http://messages.yahoo.com/bbs?action=m&board=9029796&tid=ansr&sid=9029796&mid=2126

# YAHOO! FINANCE

Finance Home - Yahoo!



Top>Business & Finance>Investments>Sectors>Services>Business Services> **ANSR (AnswerThink Consulting)**

**Message Boards /ANSR**

Help - Add to My Yahoo! - Sign Out

Enter symbol: [____] Get Msgs    More Info: Quote & News | Profile | Research | Insider

**< Previous | Next >**   [ First | Last | **Msg List** ]    ✏️ **Reply**

**40 Million out the door!**

by: bobkaus_daddy (124/M/Wilmington, DE)     2/22/00 4:30 pm
                                              Msg: 2126 of 2128

40 Million out the door to the head honchos and then the stock drops like a rock. don't give me that sector or market baloney. you steal from the bonus pool and you don't think the worker's will find out??? are you stupid and incompetant?? we know you can't run a business worth a darn but you thieves are holding the bonuses of the employees!

I'm selling this stinker. Comeon you management twinks tell me some more BS.

Posted as a reply to: Msg 2125 by JoeJackson_withshoes
View Replies to this Message                              ✏️ **Reply**

**< Previous | Next >**  [ First | Last | **Msg List** ]

Go to Msg #: [____] Go

● All  ○ Subject  ○ Message Text  ○ Authors   [____] Search

Copyright © 1994-2000 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Guidelines - Help

ATTACHMENT / EXHIBIT B



# YAHOO! FINANCE

Finance Home - Yahoo!

When was the last time **your** child had a check up?

Top>Business & Finance>Investments>Sectors>Services>Business Services> **ANSR (AnswerThink Consulting)**

**Message Boards - ANSR**                                      Help - Add to My Yahoo! - Sign Out

Enter symbol: [ Get Msgs ]    More Info: Quote & News | Profile | Research | Insider
symbol lookup

< Previous | Next >  [ First | Last | Msg List ]                                    ✏️ Reply
**Any Comments On This Weeks Reorg?**                              1/28/00 3:52 pm
by: aquacool_2000                                                  Msg: 1972 of 2077

The right thing, but the wrong people. One of them is an arrested adolescent whose favorite word is
"turd." One is so dull that a 5-watt bulb gives him a run for the money. And the third believes that the
faster you go in your car, the smarter you get. Don't count on $100 any time soon.

---

Posted as a reply to: Msg 1971 by well_hello_wilber
**View Replies to this Message**                                Go to Msg #: [___] Go
< Previous | Next >  [ First | Last | Msg List ]                                    ✏️ Reply

[_____] Search

⦿ All   ○ Subject   ○ Message Text   ○ Authors

Copyright © 1994-2000 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Guidelines - Help

ATTACHMENT / EXHIBIT _C_

# YAHOO! FINANCE

Finance Home - Yahoo!

**Yahoo! Travel** - book airline tickets, hotel rooms, cruises, rental cars

Top>Business & Finance>Investments>Sectors>Services>Business Services> ANSR (AnswerThink Consulting)

**Message Boards : ANSR**  Help - Add to My Yahoo! - Sign Out

Enter symbol: [____] [Get Msgs]   More Info: Quote & News | Profile | Research | Insider
symbol lookup

< Previous | Next >   [ First | Last | Msg List ]   ✏️ Reply

**No No**  2/4/00 3:13 pm
by: aquacool_2000  Msg: 2006 of 2077

The upcomming PR campaign is done by Think. The worst part is that the marketing leadership in this firm doesn't even know how to spell the word "marketing." Sneak previews shows it is colorfull but not compelling. What would you expect from a group of managers who believe they have all the answers. The Peter Principle is really the only problem this company has. It does not have a flawed strategy, it does not have poor delivery methodologies, it does not have the wrong technical skills and the investors are not stupid and blind. The only problem with this firm is ... average management. Unfortunately, for the $'s and energy spent, the upcomming PR campaign will also turn out average.

Posted as a reply to: Msg 2005 by JoeJackson_withshoes
View Replies to this Message
Go to Msg #: [____] [Go]

< Previous | Next >   [ First | Last | Msg List ]   ✏️ Reply

[____] [Search]
⦿ All   ○ Subject   ○ Message Text   ○ Authors

Copyright © 1994-2000 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Guidelines - Help

# YAHOO! FINANCE

Finance Home - Yahoo!



**Filing online was fast and easy!**
YAHOO! Tax Center — Simplify your taxes, click here!

Top>Business & Finance>Investments>Sectors>Services>Business Services> **ANSR (AnswerThink Consulting)**

**Message Boards - ANSR**                     Help - Add to My Yahoo! - Sign Out

Enter symbol: [____] [Get Msgs]   More Info: Quote & News | Profile | Research | Insider
symbol lookup

**< Previous | Next >**  [ First | Last | Msg List ]                 ✉ **Reply**
**I Will Not Let Up**                                          2/8/00 8:51 am
by: aquacool_2000                                         Msg: 2020 of 2077

Until this management turns out a performance consistent with others in this space and fully utilizes the resources of this company. This is a poorly managed, under leveraged company with big potential. This company should be trading in the mid $50s. It will someday. But it won't if management keeps running it for their personal benefit, rather than the stockholders.

---

Posted as a reply to: Msg 2017 by fdzllc
**View Replies to this Message**                       Go to Msg #: [____] [Go]
**< Previous | Next >**  [ First | Last | Msg List ]                 ✉ **Reply**

[_____] [Search]
◉ All  ○ Subject  ○ Message Text  ○ Authors

---

Copyright © 1994-2000 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Guidelines - Help



# YAHOO! FINANCE

Finance Home - Yahoo!



Top>Business & Finance>Investments>Sectors>Services>Business Services> **ANSR (AnswerThink Consulting)**

**Message Boards - ANSR**    Help - Add to My Yahoo! - Sign Out

Enter symbol: _____ [Get Msgs]    More Info: Quote & News | Profile | Research | Insider
symbol lookup

**< Previous | Next >**  [ First | Last | **Msg List** ]    **Reply**
**Weak Management**    2/16/00 2:13 pm
by: aquacool_2000    Msg: 2068 of 2076

Read message 2058 again. This is an exclusive buddies club at the top. The board is the same way. This is not a board of industry leaders, it is a board of Ted's school mates and community buddies. No one at the top has led a public company before. No one has the marketing & PR experience to deal with the investors and analysts. They struggle to make their numbers. They can't even get things done on time. The word is out that January was not that good and the $6 million "image rebranding" program has been delayed until April. The recent reorganization has put the three stooges in charge. Out of the first six acquisitions that ACG made, four of the leaders left in disgust and the next two are just biding their time until their vesting kicks in. FISH ROTS FROM THE HEAD.

Posted as a reply to: Msg 2066 by thinkwatcher_sept99    Go to Msg #: ____ [Go]
**View Replies to this Message**
**< Previous | Next >**  [ First | Last | **Msg List** ]    **Reply**

_____ [Search]
● All  ○ Subject  ○ Message Text  ○ Authors

Copyright © 1994-2000 Yahoo! Inc. All rights reserved.
Privacy Policy - Terms of Service - Guidelines - Help



# CIVIL COVER SHEET

**00-00709**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**CIV-MOORE**
**MAGISTRATE JUDGE**
**O'SULLIVAN**

## I.(a) PLAINTIFFS

ANSWERTHINK CONSULTING GROUP, INC., a Florida corporation

## DEFENDANTS

JOHN DOE #1, aka "ansr_sucks,"
JOHN DOE #2, aka "bobkaus_daddy,"
JOHN DOE #3, aka "aquacool_2000," and
JOHN DOES #4-12, individuals whose names are presently unknown.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  Dade
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  Somerset, NJ
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

A: Dade 1:000v709/Moore/O'Sullivan

**NIGHT BOX FILED**

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

S.Daniel Ponce, Esq.
1200 Brickell Avenue - Suite 1720
Miami, FL 33131   (305) 444-9991

ATTORNEYS (IF KNOWN)

**FEB 23 2000**

CLARENCE MADDOX
CLERK, USDC/SDFL/MIA

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: (DADE) MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury — Med Malpractice | B☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | B☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury — Product Liability | B☐ 630 Liquor Laws | | B☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☒ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | B☐ 640 R.R. & Truck | **A PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers Liability | B☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | B☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | B☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **A LABOR** | **B SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **A REAL PROPERTY** | **A CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | B☐ 510 Motions to Vacate Sentence | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| B☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | B☐ 530 General | **FEDERAL TAX SUITS** | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | | A☐ 535 Death Penalty | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions A OR B |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | B☐ 540 Mandamus & Other | | |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | B☐ 550 Civil Rights | A☐ 791 Empl Ret Inc Security Act | |
| | | B☐ 555 Prison Condition | A☐ 871 IRS — Third Party 26 USC 7609 | |
| | | | ☐ 790 Other Labor Litigation | |

## VI. CAUSE OF ACTION

(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.S.C. Section 1332

**LENGTH OF TRIAL** via ___days estimated (for both sides to try entire case) 3-5 days

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $ over $75,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY

(See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE  2/23/00

SIGNATURE OF ATTORNEY OF RECORD  *S. Daniel Ponce*

**FOR OFFICE USE ONLY**

RECEIPT # 87394   AMOUNT 150.00   APPLYING IFP ____   JUDGE 2/24/00   MAG. JUDGE ____