IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-00709-CIV-MOORE
Magistrate Judge

ANSWERTHINK CONSULTING
GROUP, INC., a Florida corporation,

      Plaintiff,

v.

JOHN DOE #1, aka "ansr_sucks,"
JOHN DOE #2, aka "bobkaus_daddy,"
JOHN DOE #3, aka "aquacool_2000,"and
JOHN DOES #4-12, individuals whose
names are presently unknown,

      Defendants.

_____/

## NOTICE OF PENDENCY OF RELATED ACTION

Plaintiff, ANSWERTHINK CONSULTING GROUP, INC. ("AnswerThink"), by and through

its undersigned counsel, and pursuant to Local Rules 3.9 and 7.1, S.D. Fla. L.R., hereby files this

Notice of Pendency of Related Action and gives notice that the above-captioned action is related to

a subsequently filed action, currently pending in the United States District Court for the Southern

District of Florida, entitled *AnswerThink Consulting Group, Inc. v. Gregory P. Hackett*, Case No.

00-01233-CIV-LENARD, (the "Hackett Action"). AnswerThink further states as follows:

1.      The Complaint in the above captioned action was filed by AnswerThink, filed on

February 23, 2000.

2.      Thereafter, on March 30, 2000, AnswerThink filed a related Complaint in the Hackett

Action.

3.      On April 10, 2000, AnswerThink filed a Notice of Pendency of Related Action and Motion to Transfer Action including Memorandum of Law, a true and correct copy of which is attached hereto as Exhibit A.

4.      For the reasons set forth in the Pendency of Related Action and Motion to Tranfer Action including Memorandum of Law filed in the Hackett Action, the instant action is related to the Hackett Action, and the Hackett Action should be transferred.

Respectfully submitted,

WALLACE, BAUMAN, LEGON,
FODIMAN, PONCE & SHANNON, P.A.
Attorneys for AnswerThink Consulting
Group, Inc.
1200 Brickell Avenue
Suite 1720
Miami, Florida 33131
Telephone:      (305) 444-9991
Telefax:         (305) 444-9937

By: _____
S. DANIEL PONCE
Florida Bar No. 175437
TODD R. LEGON
Florida Bar No. 814415
DAVID M. KNASEL
Florida Bar No. 0132640

2

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that a true and correct copy of the foregoing was sent via U.S.

Mail to: RONALD B. RAVIKOFF, Esq., Zuckerman, Spaeder, Taylor & Evans LLP, 201 South

Biscayne Boulevard, Suite 900, Miami, Florida 33131, this 13th day of April, 2000.

By: _____

S. DANIEL PONCE

M:\AnswerThink\John Doe\pleading\RELATED NOT

3

ATTACHMENT / EXHIBIT __A__

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-01233-CIV-LENARD
Magistrate Judge Turnoff

ANSWERTHINK CONSULTING
GROUP, INC., a Florida corporation,

     Plaintiff,

v.

GREGORY P. HACKETT, an individual,

     Defendant.

_____/

## NOTICE OF PENDENCY OF RELATED ACTION AND MOTION TO TRANSFER ACTION INCLUDING MEMORANDUM OF LAW

Plaintiff, ANSWERTHINK CONSULTING GROUP, INC. ("AnswerThink"), by and through

its undersigned counsel, and pursuant to Local Rules 3.9 and 7.1, S.D. Fla. L.R., hereby files this

Notice of Pendency of Related Action and Motion to Transfer Action and gives notice that the above-

captioned action is related to a previously filed action, currently pending in the United States District

Court for the Southern District of Florida, entitled *AnswerThink Consulting Group, Inc. v. John Does

#1-12*, Case No. 00-00709-CIV-MOORE. Further, AnswerThink hereby moves this Court for entry

of an order transferring this case "to the Judge to whom the earlier filed action or proceeding is

assigned." S.D. Fla. L.R. 3.9(C). In support of the relief requested herein, AnswerThink states as

follows:

     1.     In its Complaint, filed on March 30, 2000, in the above-captioned action,

AnswerThink alleges, *inter alia*, that Defendant GREGORY P. HACKETT ("Hackett") published

false and defamatory statements and confidential information regarding AnswerThink on the Internet. Specifically, it is alleged that Hackett posted false and defamatory messages on the Yahoo! Message Board devoted to discussion of AnswerThink, using the alias "aquacool_2000." The Complaint contains counts for breach of contract, breach of fiduciary duty and duty of loyalty, defamation, and preliminary and permanent injunction.

2.       In a previously filed action, currently pending in the United States District Court for the Southern District of Florida, entitled *AnswerThink Consulting Group, Inc. v. John Does #1-12*, Case No. 00-00709-CIV-MOORE (the "John Doe Action"), AnswerThink likewise alleges that certain unknown defendants have published false and defamatory statements regarding AnswerThink on the Internet and seeks relief in counts for defamation and preliminary and permanent injunction. Specifically, the Complaint filed in the John Doe Action alleges, *inter alia*, that John Doe #3 posted false and defamatory messages on the Yahoo! Message Board devoted to discussion of AnswerThink, using the alias "aquacool_2000." A true and correct copy of the Complaint filed in the John Doe Action is attached hereto as Exhibit A.

3.       Thus, both the instant case and the John Doe Action involve the posting of false and defamatory information regarding AnswerThink on the Internet, specifically on the Yahoo! Message Board devoted to discussion of AnswerThink, by someone using the alias "aquacool_2000." Indeed, it is quite likely that Hackett and John Doe #3 identified in the John Doe Action are the very same person.[1] Further, both actions seek similar relief, in counts for defamation and preliminary and permanent injunction. Accordingly, the instant case is clearly "similar" to the John Doe Action

---

[1]       Interestingly, John Doe #3 has answered the Complaint in the John Doe Action, without identifying him or herself, and without having been served with the complaint.

2

because both arise out of nearly identical factual situations and contain the same or similar issues of fact and law.

## MEMORANDUM OF LAW

Local Rule 3.9(C) provides:

Whenever an action or proceeding is filed in the Court which involves subject matter which is a material part of the subject matter of another action or proceeding then pending before this Court, or for other reasons the disposition thereof would appear to entail unnecessary duplication of judicial labor if heard by a different Judge, the Judges involved shall determine whether the newly filed action shall be transferred to the Judge to whom the earlier filed action or proceeding is assigned.

S.D. Fla. L.R. 3.9(C). As set forth above, the above-captioned matter "involves subject matter which is a material part of the subject matter of" the John Doe Action. Specifically, both actions both arise out of nearly identical factual situations and contain the same or similar issues of fact and law. Perhaps, more importantly, it appears that Hackett is quite likely a party to the John Doe Action (*i.e.*, John Doe #3). Accordingly, pursuant to Local Rule 3.9(C) both actions should be assigned to "the Judge to whom the earlier filed action or proceeding is assigned." *Id.* Such relief would prevent the "unnecessary duplication of judicial labor," *id.*, and otherwise promote "the just, speedy, and inexpensive determination" of this matter. Fed. R. Civ. P. 1.

## CONCLUSION

WHEREFORE, for the above and foregoing reasons, AnswerThink respectfully requests that the instant case be transferred, pursuant to Local Rule 3.9(C), to Judge K. Michael Moore, before whom the earlier filed John Doe Action is currently pending.

3

Respectfully submitted,

WALLACE, BAUMAN, LEGON,
FODIMAN, PONCE & SHANNON, P.A.
Attorneys for AnswerThink Consulting
    Group, Inc.
1200 Brickell Avenue
Suite 1720
Miami, Florida  33131
Telephone:   (305) 444-9991
Facsimile:    (305) 444-9937

By: _____

S. DANIEL PONCE
Florida Bar No. 175437
TODD R. LEGON
Florida Bar No. 814415

Dated:  April 10, 2000.

4