UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 00-00709-CIV-MOORE
Magistrate Judge O'Sullivan

NIGHT BOX
FILED

JUL 13 ...

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

ANSWERTHINK CONSULTING
GROUP, INC., a Florida corporation

              Plaintiff,

v.

JOHN DOE #1, aka "ansr_sucks",
JOHN DOE #2, aka "bobkaus_daddy",
JOHN DOE #3, aka "aquacool_2000", and
JOHN DOES #4-12, individuals whose names
are presently unknown,

              Defendants.
_____/

## MEDIATOR'S REPORT

A mediation conference was held in the above-styled case on June 27-28, 2000. Counsel and all parties were present. As a result of the mediation conference a settlement was reached as to all issues in the case. Counsel for the parties will be filing a stipulation of dismissal with the Court once the terms of the settlement agreement become effective.

                                  WILLIAM C. HEARON, P.A.
                                  SunTrust International Center
                                  One Southeast Third Avenue
                                  Suite 3000
                                  Miami, Florida 33131
                                  (305) 579-9813

                            By: _____
                                  William C. Hearon
                                  Florida Bar No. 264660

CASE NO.: 00-00709-CIV-MOORE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was sent via U.S. Mail on this 13th day of July, 2000 to:

Ronald B. Ravikoff, Esq.
Zuckerman Spaeder Taylor & Evans LLP
201 South Biscayne Blvd.
Miami Center, Suite 900
Miami, Florida 33131-4336

David B. Webster, Esq.
Webster Roosa Webster LLP
1220 West Sixth Street
Suite 205
Cleveland, Ohio 44113

S. Daniel Ponce, Esq.
Todd Legon, Esq.
Wallace, Bauman, Legon, Fodiman
    Ponce & Shannon, P.A.
1200 Brickell Avenue
Suite 1720
Miami, Florida 33131

By: _____
William C. Hearon