UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-00709-CIV-MOORE/O'SULLIVAN



ANSWERTHINK CONSULTING
GROUP, INC.,

    Plaintiff,

vs.

JOHN DOE #1 a/k/a
"ansr_sucks", et al.,

    Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) Fed. R. Civ. P., the parties hereby stipulate to dismiss this case with prejudice with each party bearing its own fees and costs.

DATED this 19th day of July, 2000.

| | |
|---|---|
| Ronald B. Ravikoff, Esq. | S. Daniel Ponce, Esq. |
| Zuckerman, Spaeder, Taylor & Evans LLP | Wallace, Bauman, Legon, Fodiman |
| Attorneys for Defendant |   Ponce & Shannon, P.A. |
| 201 South Biscayne Boulevard – Suite 900 | Attorneys for Plaintiff |
| Miami, Florida 33131 | 1200 Brickell Avenue |
| (305) 579-0110 | Suite 1720 |
| | (305) 444-9991 |
| By: _____ | By: _____ |
|     Ronald B. Ravikoff |     S. Daniel Ponce |
| |     Todd R. Legon |

**and**

James Roosa, Esq.
Webster Roosa Webster LLP
1220 West Sixth Street – Suite 205
Cleveland, Ohio  44113
(216) 566-1144